# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Horton | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: **JSW** |
| v. | |
| The Allstate Cafeteria Plan and Liberty Life Assurance of Boston |   |

TO: (Name and address of defendant)

LIBERTY LIFE ASSURANCE OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF
THE ALLSTATE CAFETERIA PLAN
175 Berkeley Street
Boston, MA 02117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Kalkin, 120791
Roboostoff & Kalkin
369 Pine Street, Suite 610
San Francisco, CA 94104

415-732-0282

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almac_
(BY) DEPUTY CLERK

APR 3 0 2008
DATE

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Horton | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| The Allstate Cafeteria Plan and Liberty Life Assurance of Boston | **JSW** |
| | CV 08 2251 |

**TO:** (Name and address of defendant)

THE ALLSTATE CAFETERIA PLAN
2775 Sanders Road, Suite E5
Northbrook, IL 60062-6127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Kalkin, 120791
Roboostoff & Kalkin
369 Pine Street, Suite 610
San Francisco, CA 94104

415-732-0282

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 3 0 2008

Richard W. Wieking
CLERK                                    DATE

Helen L. Almacen
_____
(BY) DEPUTY CLERK