

1  PAMELA E. COGAN (SBN 105089)
   pcogan@rmkb.com
2  JOANN BABIAK (SBN 209535)
   jbabiak@rmkb.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
4  Redwood City, CA  94063
   Telephone:   (650) 364-8200
5  Facsimile:   (650) 780-1701

6  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
7  BOSTON

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HORTON,                    CASE NO.  CV 08-02251 (JSW)

12            Plaintiff,               **DEFENDANT LIBERTY LIFE
                                       ASSURANCE COMPANY OF BOSTON'S
13  v.                                 CERTIFICATION OF INTERESTED
                                       ENTITIES OR PERSONS**
14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON AS               **[N.D. Local Rule 3-16.]**
15  ADMINISTRATOR AND FIDUCIARY
    OF THE ALLSTATE CAFETERIA PLAN
16  AND THE ALLSTATE CAFETERIA
    PLAN,
17
              Defendants.
18

19       Pursuant to Civil L.R. 3-16, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

20  (hereinafter "defendant") certifies that the following listed persons, associations of persons, firms,

21  partnerships, corporations (including parent corporations) or other entities (i) have a financial

22  interest in the subject matter or in a party to the proceeding, or (ii) have a non-financial interest in

23  that subject matter or in a party that could be substantially affected by the outcome of this

24  proceeding.  These representations are made to enable the Court to evaluate possible

25  disqualification or recusal.

26  William Horton                     Plaintiff, Claimant

27  The Allstate Cafeteria Plan        Defendant, Plan Administrator

28  Liberty Life Assurance Co. of Boston   Defendant, Insurer and Claim Administrator

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    In addition, the Parent Corporations of Liberty Life Assurance Company of Boston are:

2        1.   Liberty Mutual Holding Company Inc.

3        2.   LMHC Massachusetts Holdings Inc.

4        3.   Liberty Mutual Group Inc.

5        4.   Liberty Mutual Insurance Company

6        5.   Liberty Mutual Fire Insurance Company

7    No publicly held company owns 10% or more of Liberty Life Assurance Company of

8    Boston's stock.

9    Dated: June ___4___, 2008    ROPERS, MAJESKI, KOHN & BENTLEY

10

11

12    By: _____

13    PAMELA E. COGAN
      JOANN BABIAK

14    Attorneys for Defendant
      LIBERTY LIFE ASSURANCE

15    COMPANY OF BOSTON

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5129367.1/JUB    - 2 -    DEFENDANT LIBERTY LIFE'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS