PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
JOANN U. BABIAK (SBN 209535)
jbabiak@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE ALLSTATE CAFETERIA PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAM HORTON,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF THE ALLSTATE CAFETERIA PLAN AND THE ALLSTATE CAFETERIA PLAN,

    Defendants.

CASE NO. C-08-02251 JSW

**STIPULATION EXTENDING TIME FOR THE ALLSTATE CAFETERIA PLAN TO ANSWER PLAINTIFF'S COMPLAINT**

[L.R. 6-1(a)]

RC1/5140738.1/JUB

IT IS HEREBY STIPULATED by and between plaintiff, WILLIAM HORTON, by and through his counsel, and defendant THE ALLSTATE CAFETERIA PLAN by and through its counsel that the Allstate Cafeteria Plan shall have up to and including July 2, 2008 to file a response to plaintiff's complaint.

Dated: June 24, 2008

ROBOOSTOFF & KALKIN

By: _____
SCOTT KALKIN
Attorneys for Plaintiff
WILLIAM HORTON

Dated: June 24, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
JOANN U. BABIAK
Attorneys for Defendants
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON; THE
ALLSTATE CAFETERIA PLAN