UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Horton
           Plaintiff(s),

v.

Liberty Life Assurance Company of
Boston as Administrator and Fiduciary
of the Allstate Cafeteria Plan and the
Allstate Cafeteria Plan,
           Defendant(s).

Case No. C 08-02251 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 24, 2008

                                      Lee Rabkin
                                      Liberty Life Assurance
                                      Company of Boston

Dated: July 25, 2008

                                      Pamela E. Cogan
                                      Attorney for Defendants