# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

William Horton

               Plaintiff(s),

            v.

Liberty Life Assurance Company of
Boston as Administrator and Fiduciary
of the Allstate Cafeteria Plan and the
Allstate Cafeteria Plan,
               Defendant(s).      /

Case No. C 08-02251 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 24, 2008

Winnie Nguyen
Allstate Cafeteria Plan

Dated: July 29, 2008

Pamela E. Cogan
Attorney for Defendants

American LegalNet, Inc.
www.USCourtForms.com