UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: JEFFREY S. WHITE**

**Date**: August 15, 2008

**Case No:** C 08-02251 JSW

**Case Title**: WILLIAM HORTON v. LIBERTY LIFE ASSURANCE CO., et al.

**Appearances:**

    For Plaintiff(s): Scott Kalkin

    For Defendant(s): Pamela Cogan

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: Kathy Wyatt

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Friday, 12/12/08 at 1:30 PM for Further CMC**

### SUMMARY

- Counsel are directed to discuss the possibility of a magistrate presiding over this case with their clients. Counsel shall file a joint pleading a week from today informing the Court of whether or not they consent. They shall also indicate their choice of magistrate or if they want to be randomly assigned.
- This matter is referred to ADR for mediation to be completed by 07/25/09.
- The Motion for Standard Review and Discovery shall be heard on 11/14/08 at 9:00 AM.
- Discovery dispute will be handled by this Court.

cc: ADR