SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, CA 94104
Telephone:   (415) 732-0282
Facsimile:   (415) 732-0287
Email:   robokalk@earthlink.net

Attorneys for Plaintiff
WILLIAM HORTON


PAMELA E. COGAN (SBN 105089)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:   pcogan@rmkb.com
         jwilliams@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE ALLSTATE CAFETERIA PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HORTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF THE ALLSTATE CAFETERIA PLAN AND THE ALLSTATE CAFETERIA PLAN,<br><br>　　　　　Defendants. | CASE NO.  C08-02251 JSW<br><br>**JOINT STATEMENT OF COUNSEL REGARDING CONSENT TO MAGISTRATE JUDGE** |

Pursuant to the Civil Minutes entered by the Court on August 15, 2008, the parties to the above-entitled action jointly submit this statement regarding the possibility of a magistrate judge presiding over this case as follows:

Plaintiff William Horton is agreeable to certain specified magistrate judges, none of whom are acceptable to defendants Liberty Life Assurance Company of Boston and the Allstate Cafeteria Plan. Defendants do not consent to a magistrate judge presiding over this matter.

Dated: August 22, 2008

ROBOOSTOFF & KALKIN

By: /s/
SCOTT KALKIN
Attorneys for Plaintiff
WILLIAM HORTON

Dated: August 22, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: 
PAMELA E. COGAN
JENNIFER A. WILLIAMS
Attorneys for Defendants
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON AND THE
ALLSTATE CAFETERIA PLAN