IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HORTON,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE, et al.,

    Defendants.

_____/

No. 08-02251 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE AND HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

    The Court has received and considered the parties Joint Case Management Conference Statement, and HEREBY VACATES the case management conference set for December 12, 2008 at 1:30 p.m.

    It is FURTHER ORDERED that the hearing on the parties' cross-motions for summary judgment shall be heard at 9:00 a.m. on May 8, 2009.  The Court FURTHER ORDERS that the parties shall follow the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion: | March 13, 2009 |
| Defendant's Opposition and Cross-Motion: | March 27, 2009 |
| Plaintiff's Opposition and Reply: | April 10, 2009 |
| Defendant's Reply: | April 17, 2009 |

//

//

//

If the parties wish to modify this briefing schedule, they may submit a request to the Court demonstrating good cause for any such request.

**IT IS SO ORDERED.**

Dated: December 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2