IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HORTON, | |
|     Plaintiff, | No. 08-02251 JSW |
| v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| LIBERTY LIFE ASSURANCE, et al., | |
|     Defendants. | |

The Court has been advised that this matter has settled. Under the Court's previous Order, Plaintiff's motion for summary judgment would be due this Friday, March 13, 2009, but the parties have not filed a request to vacate or continue that deadline or other deadlines set by Court Order. Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report on the status of settlement and when they expect the matter to be dismissed.

**IT IS SO ORDERED.**

Dated: March 11, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE