```
PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
JOANN U. BABIAK (SBN 209535)
jbabiak@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
```

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE ALLSTATE CAFETERIA PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM HORTON,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF THE ALLSTATE CAFETERIA PLAN AND THE ALLSTATE CAFETERIA PLAN,<br><br>Defendants. | CASE NO.  C-08-02251 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff, CARLEEN HALLSTEAD, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

///

///

RC1/5256876.1/PEC

SIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE C08 02251 JSW

Dated: ~~February~~ March 4, 2009

ROBOOSTOFF & KALKIN

By: /s/
SCOTT KALKIN
Attorneys for Plaintiff
WILLIAM HORTON

Dated: ~~February~~ April 3, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
JOANN U. BABIAK
Attorneys for Defendants
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON; THE
ALLSTATE CAFETERIA PLAN

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: ~~February~~ April 7, 2009

Hon. Jeffrey S. White

RC1/5256876.1/PEC

- 2 -

SIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE C08-02251 JSW