1  PAMELA E. COGAN (SBN 105089)
   pcogan@rmkb.com
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 780-1701

5  Attorneys for Defendants
   LIBERTY LIFE ASSURANCE COMPANY OF
6  BOSTON; THE ALLSTATE CAFETERIA PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAM HORTON,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON AS
ADMINISTRATOR AND FIDUCIARY
OF THE ALLSTATE CAFETERIA PLAN
AND THE ALLSTATE CAFETERIA
PLAN,

    Defendants.

CASE NO. C-08-02251 JSW

**AMENDED STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between plaintiff, WILLIAM HORTON, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE ALLSTATE CAFETERIA PLAN by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

//

//

| | | |
|---|---|---|
| 1 | Dated: April 9, 2009 | ROBOOSTOFF & KALKIN |
| 2 | | By:/s/_____ |
| 3 | | SCOTT KALKIN |
| | | Attorneys for Plaintiff |
| 4 | | WILLIAM HORTON |
| 5 | Dated: April 9, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |

By:/s/_____
PAMELA E. COGAN
Attorneys for Defendants
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON; THE
ALLSTATE CAFETERIA PLAN

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: April 9, 2009

_____
Hon. Jeffrey S. White

RC1/5256876.1/PEC — - 2 - — AMENDED STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE C08-02251 JSW